UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MUGEEB MOHAMED ALGOHAIM and
VILLA DELI GROCERY INC.,                                    CIVIL ACTION NO.

                    Plaintiffs,

      -against-                                    ORDER TO SHOW CAUSE

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
AGRICULTURE and FOOD AND NUTRITION
SERVICE,

                    Defendants,
-----------------------------------------------------------x

On motion of the Plaintiffs for an Order to Show Cause why a preliminary injunction shall not issue against the Defendants, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE and upon the declaration of MUGEEB MOHAMED ALGOHAIM dated March 19, 2020 and declaration in support of JESS M. BERKOWITZ, ESQ., and in consideration of Plaintiff's Summons and Complaint and Exhibits, hereto attached and made part hereof, it is

ORDERED, that the above-named Defendants Show Cause before this Court at Room ___ in the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York New York, 10007 on the ___ day of ___, 2020, at ___ o'clock in the ___ noon, or as soon thereafter as counsel can be heard, in, **WHY** an preliminary injunction should not be issued enjoining and restraining the UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE from disqualifying the Plaintiffs from participating in the Supplemental Nutrition Assistance Program for a period of six (6) months, (which disqualification is set to commence on April 13, 2020),

pending the disposition by this Court of the issues at a trial herein, requesting this Court to set aside such determination, and it is further,

ORDERED , that a copy of this Order to Show Cause, together with a copy of the attached papers upon which it is granted, be personally served upon the United States Attorney for the Southern District of New York, at No. 86 Chambers Street, 3rd Floor, New York, New York 10007, by hand or by overnight delivery, on or before the        day of       , 2020 before 5:00 p.m., that Defendant's answering papers, if any, shall be served upon the attorney for the Plaintiff, JESS M. BERKOWITZ, ESQ., at 401 Broadway, Room 806, New York, New York 10013, and filed with the Court on or before the            day of        , 2020 and that such service be deemed good and sufficient.

Dated:  New York, New York
           March                    2020

                                        _____
                                        JUDGE OF THE UNITED STATES
                                               DISTRICT COURT