UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 4-7-20

MUGEEB MOHAMED ALGOHAIM and
VILLA DELI GROCERY INC.,

               Plaintiffs,

      v.

UNITED STATES OF AMERICA, UNITED
STATES DEPARTMENT OF
AGRICULTURE, and FOOD AND
NUTRITION SERVICE,

            Defendants.

No.   20-CV-2609 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold a telephone conference on Friday, April 10 at 11 AM to set a briefing

schedule and hearing date on Plaintiffs' Proposed Order to Show Cause.  The parties shall call

into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 1015508,

followed by the pound (#) key.  Plaintiffs shall promptly serve this Order on Defendants, and file

proof of such service on the docket.

SO ORDERED.

Dated:     April 7, 2020
           New York, New York

                                  Ronnie Abrams
                                  United States District Judge