

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 8, 2020

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:   *Algohaim, et al. v. United States of America, et al.*, 20-cv-2609 (RA)

Dear Judge Abrams:

     This Office represents Defendants the United States of America, the United States Department of Agriculture, and the Food and Nutrition Service (the "Government") in the above-referenced action, in which Plaintiffs seek review of a Final Agency Decision disqualifying Plaintiffs from participating in the Supplemental Nutrition Assistance Program ("SNAP") for a period of six months. ECF No. 3. The Court has ordered that a telephone conference be held on Friday, April 10, 2020 at 11:00 a.m. to set a briefing schedule and hearing date on Plaintiffs' Proposed Order to Show Cause. ECF No. 12.

     The Government is in the process of collecting the information necessary to respond to Plaintiffs' allegations. Under the specific circumstances of this case, the Government does not oppose Plaintiffs' request to stay the suspension and disqualification pending resolution of this action (*see* ECF No. 8), without prejudice to the Government's right to move to vacate the stay upon further case developments or changed circumstances.

     The Government respectfully submits that, in light of its consent to a stay, there is no need to hold the hearing currently scheduled for Friday, April 10, 2020, at 11:00 a.m., and we therefore request that the hearing be cancelled. Plaintiffs consent to this request.

     We thank the Court for its consideration of this submission.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

/s/ *Joshua E. Kahane*
JOSHUA E. KAHANE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007

---

Application granted. The hearing presently scheduled for April 10, 2020 is hereby adjourned *sine die*. On consent of the parties, the Government is hereby stayed from enforcing its decision to disqualify Plaintiffs from participation in the Supplemental Nutrition Assistance Program pending resolution of this action. The parties shall file a joint letter on the status of this case by May 8, 2020. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 15.

SO ORDERED.

_____
Hon. Ronnie Abrams
4/9/2020

Tel: (212) 637-2699  
Fax: (212) 637-2786  
joshua.kahane@usdoj.gov

cc: Counsel of Record (via ECF)